Ray Edward Bennett Jr.
29795 Eagle Point Dr.
Canyon Lakes, CA 92587
Phone: 951-244-1027
Email: TMRadRay@A...

Attorneys for Plaintiff

*RECEIVED/RETURNED CLERK, U.S. DISTRICT COURT*
*FEB - 4 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*EASTERN DIVISION   BY DEPUTY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*2008 JAN 17 PM 2:58*
*CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE*

Ray Edward Bennett Jr.

    Plaintiff(s)

-vs-

Pechanga Band of Luiseno Indians

    Defendant(s)

**ED CV 08 - 00061**
CASE NO.

COMPLAINT FOR

date 11-15-07
Ray Edward Bennett Jr. 29795 Eagle point drive Canyon Lake CA, 92587. 951-244-1027, 951-704-8404

There is a list of places that have disrespected and humiliated even discriminated, treated like a dog and made fun of me and I'm still the happy carefree person around people I've always have been . First of the list is Pechanga Casino and The Silk nightclub in Pechanga everyone from Alex up in the Silk to the bouncer up there and the manager to the cocktail waitresses down in the casino to the managers have looked down on me like I was a stepchild only a true man of God could withstand the persecution they have inflicted on me there was one man and we put him on the cross everyday I get up I have to think of some reason for not committing suicide. The officers at Pechanga were in on it too because officers sat there and took my information with no problem like I was a criminal. I've been kicked out repeatedly and for what, nothing more than being handicapped because everywhere I've been I'm treated with no respect and humiliated just like a second class citizen and people tell other people to watch out for this guy he is trouble, Oh ya I'm such a big threat and I even heard three of them call me a bastard the thing I'm gulitity of is being different because I've brain damage and everyone knew that . And I have to take a cab everywhere I go because no friends and I missed my high school graduation party because of it so you see how long this has been going on ever since my motorcycle accident 26 years ago and then there was this time I was on the floor and this lady stole 300 bucks from me and do you think Pechanga did anything, no not a damn thing and I was playing poker and this one employee got in my face and started screaming at me don't look at my friend like that he said and nothing was done again by the dealer. The second is Pepe's, The third is the sports stop, The fourth is the Lake House where the owner was watching while the bouncers stood by and watched this guy hit me and break my glasses and I fell to the ground from standing at the bar because his girlfriend walked in front of me and I had to change my direction so I said you bitch because I get treated this way by most women and I'm to witts end because I get mad easier because of my brain damage and the guy comes over to the bar and gets in my face and I just went to grab his hand from hitting me because you could see he was upset and the guy with the other hand he hits me cutting my face. The fifth is Texas Loosey's where I said to this one manager that the bartender was ignoring me this manager told her and she told this other manager and instead of just shrugging it off he proceeded to kick me out and he cursed at me then and this other manger wouldn't even let me plug in my laptop. The sixth is hooters the manager kicked me out because I called this one waitress over she kept going I thought she musta been busy and waited for her to come back because she was my waitress and then called her over she kept going I thought at this point this is bull

because that's how most women treat me then she tells her manager and then I was talked to like a stepchild and rudely told outside and everyone of these businesses have told me if I return they will call the cops on me because I've been made fun of at every one of these places. My whole time in a wheelchair 26 years I have been dealing with people like this  its just that I'm sick of it and besides I thought people were suppose to be nicer to those in wheelchairs. As scripture has it let the first man with no sin cast the first stone but in my case it should read let the man who has been stoned cast the first million. My believes go very deep and I have tried to pattern my life after the great I AM with a few mistakes but nobodies perfect. Because I was a star athlete before my accident and had everything handed to me on a silver platter so I couldn't play ball any more I thought I would do some good with my life and I would begin to live my life for others and after my accident I was made fun of and some kids even threw rocks at me. This guy took me out in my wheelchair right after I got out of the hospital this one day and dumped me out of my chair at high speeds on my head and he was supposed to be my friend so he knows I was a head trauma victim and that he could have killed me and he showed no remorse but he said your not smiling now, because I had an infectious smile and I didn't write a police report because I was in and out of it. If I knew how to cry I would be balling as I'm writing this but my eyes are watering. Every place has kicked me out at least 3 times and now I'm not allowed back in any of them. There is two more Ammato's and Lake Ellsinore casino let me tell you what happened there I touched this lady on the shoulder and they made up something to get me kicked out so she told her manager that I touched her breast's and then of course there is this one lady from red top cab who screamed at me and said they weren't going to pick me up. I went back to these places and they said they were going to counter sue for touching women but the only woman I touched is the girl from the card club and that was to get her attention on the shoulder. I almost forgot about the Iron Wok and the manager wouldn't give me a reason why he threw me out instead he just said I came on to

strong to the ladies and we all know that is a bunch of bull. I was humiliated and made fun of at each one of these places and some of them even took advantage of me because the employees would tell customers and other employees that I was touching them so nobody came around me I know this because, once again, I have a few friends now but not as many as I could have if people didn't talk about me, people don't come around me so I'm left there all alone to drowned in my own sorrows and I have to do everything by myself there was this time that this man ran in front of me and got on the elevator and there was this time in my life nobody would even get the door for me even when I asked them to and they could see I was struggling to get in the door. Two days after I was writing the previous Buffalo Wild Wings manager kicks me out and I ask what for and he says you forgot to pay your bill but I said I paid the other manager so he said call the cops to the bartender that was there when I forgot to pay so instead of saying yes he did pay he said he didn't pay three times and I was thinking too myself now I've got you so he gets there and it isn't even the real police and the guy heard that I was kicked out of Texas Loosey's and he asks me what for so I tell him with the manager standing right there so the manager knew he was going to lose so he made up some story of how I touched these women and I didn't even come close so he wasn't telling the truth again. These are just some of the worst places because if I were to document them all then this would no longer be a letter but a book. I won't even start with my neighbors but they have showed their ass to me so many times. This one guy and me flew up to Vegas and he stole 380 bucks from me when I was sleeping after I gave him 100 bucks and after he showed up at the airport with no money as he says all together that is 1100 bucks so I flew back after security confronted him and everyone of them says the same thing he's stupid and talks slow because I'm in a wheelchair and they are trying to claim I don't give them any respect as so many of them have said to me well you can't even think straight when all of this is going on and besides I'm not the one who should respect them, Everywhere I go people make me fell like crap and not wanted because I have either heard or seen the people spreading rumors about me that just are not true. There is another one who recently kicked me out Texas Lil's I complain to one of the managers that the bartender wasn't giving me good service and instead of doing something about it he kicks me out for the day so I go back two weeks later only to find out I've been kicked out till I call the corporate office and get matters resolved. My health has been going down hill for some time like I'm on pro-zac and blood pressure medicine so they are really killing me and I don't go out as much as I should because of these peoples attitudes towards me and my taxi ride cost a lot.

By the way I'm in a wheelchair and people are taking advantage of me because I can't even think straight with my head injury and people pulling this crap on top of my head injury only compounds things. My name is Ray Bennett so I want them to be sued for how they made me suffer I'll never be the same so I think it's worth a billion to 5 billion or 200-500 million a piece. I want that one who dumped me out of my chair brought up on attempted murder or manslaughter. Because he ruined my life now I'm going to wreck his.

I went into Pepe's again because I went the night before and told the owner that he was in big trouble and he didn't kick me out then I go there two nights after only to get the boot but I wouldn't leave so the manager calls the cops while waiting I get called a f----ing a--hole by Lou Smith and then he tries to remove me on his own and dumps me out of my chair I hit my head again on the chair that was there.
Meanwhile my Cab driver is waiting for me at the bar and hears the manager Peggy tell the bartender how I would touch all these girls boobs and butt's the thing I'm guilty of is hugging them and my hand or arm accedently touching their butts. So they think I have a short fuse and waiting to explode that should be O.K. considering what happened to me. My case number cn07185012. So I want Lou Smith brought up on attemted murder charges and Peggy brought up on slander charges and she never gave me any respect as nobody did so I WANT ALL of them listed below along with Peggy and Lou brought up on conduct misbecomming. You think the officer did anything no but he did kick me out. I have been kicked out before because of my language but no one else is ever kicked out because of his or her language. So I want all of the officers to lose their badges and never be allowed to work again as an officer of the law because every officer lied to me telling me that I was wrong and no criminal attack had been committed so those aren't the kind of men who should be in authority. These officers include deputy Goodson, Gus Panini, and deputy Mcckeary however, Deputy Goodson did not lie to me he just treated me with no respect and he even said he was sorry to my mom when he first got there so just sue him for 10 million bucks. I find out that Peggy gave me a wrong name so I her brought up on baring false witness and for the money she cost me I want a million from her

Something just happened this week 7/10/2007 in Vegas at the Orleans the cocktail waitresses I would go up to them and treat them like a friend because I need all the friends I could get but knowing that most of them them treated me crappy because of the slander that goes around from town to town and Kristy and Kristy would give me the cold shoulder never giving me the attention that I deserve and never giving me respect so they would tell their friends and I would be up the creek so when I call security over here they come with the casino manager and I say I want the police to write a report about the abuse I have went thought that's when security said to me do you know what your doing and pleaded with me not to have them put into jail never the less Greg Fisher thorough me out of the casino for 1month and Rhonda was making fun of me this all happened to me 7/12/2007. People all the time make fun of me by laughing at me. I had to buy another ticket after I was told to go up to my room when they found out I was staying there but knowing I wasn't going to have fun well, I guess I never have that much fun and you know why I hate women but I show respect, I flew back that night. I really should be suing every girl I have come in contact with because most of them have teased me or made fun of me some guy's too.

I went up to the sports stop on 8/5/07 because I don't have anywhere to go anymore without paying 100 bucks for a cab ride one way. I was told by the bartender you have to leave and I said why? Then she called the owner and the owner came up there and HE then proceeded to tell me that I touched to many women it's like who cares, But I remember what happened when he kicked me out this one lady said to me that she would tell Dale to kick me out if I didn't say I was sorry for something I said but it was only a joke I should've said I'm sorry for not having any inflection in my voice so the owner kicks me out without asking me what happened and I asked him why he didn't say nothing he just looked at me with this dumb look on his face. Today 8/5/07 when I was told why I was being asked to leave he said because I was disrupting his establishment and customers but I wonder why could it have been because I was told to get out before unjustifiably and this time by the bartender before he got there. I said I wasn't leaving and call the cops so they did when they got there I told them the story of how I was kicked out unjustifiably and how I don't have know where else to go and how I didn't want to go home because my home life sucks and how they can kick anybody out but a person in a wheelchair and the owners girlfriend heard me call the owner a fucking asshole your never going to believe what she said to me "Your one too" I said yes but I have a reason my brain damage and then Dale told Letti to be quite. My case number cn07213003. Dale heard me telling the cops all the places that I have been kicked out of then his story changed to he uses bad language that's the reason why we kick him out,

   I want all of these people brought up on intent to commit murder with exception of Damian, Jill, Rebecca, Joe, Richard, Otis, Roger Schultz, Terry, I want Suzan brought up on accessory to commit Murder the two boucers at the lake house intent to commit murder, Some of the names at Pechanga are Michelle, Linda, Karla, Liz, Jill, Leah, and Danielle and in Silk Alex, Rebecca, and the manager and in the poker room Joe and the dealer Brandon. Texas LiL's Richard. Texas Loosey's Mike, Rich, Otis, and Adria. Hooter's Mark. Buffalo Wild Wings Roger Schultz.. Iron Wok Damian, Jen, and April. Lake Elsinore casino Tonya and Terry. The guy who stole money from me up in Vegas is Jeff Noon. The sports stop owners name is Dale. Pepe's owners name is Marty. The Lake House owners name is Suzan and Jen the bartender was evil to me. I have been robbed in the past by John Barrios and about 5 others but that happened long ago. John Barrios and Bryan Stavis hit with their fist and John stole from me reapetedly. So I want them brought up on battery charges and Bryan never repaid me for letting him live with me and I BOUGHT AN ODEYESES after my accident so we went riding with him on the bike that I fixed. Jim Hoole and Brian Thompson looked down on me and they caused tone in my right side

. I went over to Belinda and Steve Douglas's and fell out of my chair out in the street and the kids and Belinda came out but not to help to laugh at me and their car got scratched they accused me because the day before the kids were in my garage and I said were you going they just kept going but they ran inside my house so I think they went upstairs were they no I couldn't go to take some jewelry nevertheless, here they come with Steve and Steve pounds on the door scaring me so I didn't come at first when they were out in the street only did I come to the door and they come back only to have Steve start yelling at me and the kids started to laugh this happened about 7 years ago. Randy this gem got me so mad all this tone came back and I asked him why he was doing this and he said he doesn't like the way I treat women what about the way they treat me I was thinking. So maybe with this lawsuit everybody will think twice before doing anything that will harm any handicapped person again

At the lawyer referral service Christine and May Got me so upset when they lied to me I thought I was going to have a mild heartattack so I want them brought up on charges too and May said she wasn't going to call the lawyer because she didn't think the lawyer would do me any good that really got blood boiling. Christine said many times there wasn't a lawyer that could help me 682-7520

I went to ANGEL'S gentelmens club on 11-23-07 to get told by Liz she would give me a ride home after she made 300 hundred bucks so I ended up giving her the 300 bucks and then I asked her for the 180 back bucks back because she didn't take me home and she did a couple of dances for me so she said no and I went right in and told the manager /owner Rich of about how I was taking advantage of by one of his dancers and the guy says he can't help me get some of my money back but do you want some free passes or a free drink all of this was after he went through all this bull about how he use to be an officer so he knew the law and the federal law. So I call back there looking for Rich to say I refuse to get treated like a dog the person answering the phone on 11-24-07 at 3:45 said he couldn't understand a guy sluring his words. I want Liz sued for 10 million and Rich another 100 million

ON 11/30/07 I went back into Pechanga to get some names but Tom Butler said I couldn't have any names and once again I get no respect. The Shift sergeant name is Gene said he was going to arrest me and Don the detective said he was going to arrest me and he talked really rude and aburpt to me and he lied to me and my process server when he told us that they were a sovereign nation trying to scare us and Debbie the beverage manager she wouldn't give me her last name so I want everyones job's plus sued for for 10 million. Now the amount of the lawsuit is triple.

On 11/30/07 Randy Roberts son Chris was disturbing the peace at 2 in the morning so I yelled out my slider to shut up and Chris got smart with me he said what did you say then I said it again he then said shut the door and this is happening every Friday I even called the cops and community patrol. On 12/08/07 I was out walking my dog and Randy comes out and says get your dog off my property I said nobody messes with federal law he then said to my dog off and then he calls the POA on me. I then said to Mike Morales who was out in his garage tell that dumb bas---- and then he shuts the garage I've had trouble with his wife and Randy is his buddy. So I go in and call Mike and he hangs up on me beforeI get his name out. I get no respect so I want Mike and his wife sued for a million apiece because Mikes wife talks to me with no respect so I want her brought up on hate crimes

Stephanie Smith my neighbor said are you suing me and I said no for the no respect she gave to me so she said we're ok now so I smiled at her but when I went out to walk my dog this guy who came out of her house he looked at me and then turned his head real fast and said nothing to me so I want her brought up on slander charges and hate crimes. For 5 million.

My breathing is hampered since my accident and smoking only makes it worse because everywhere I go there is somebody smoking I want it banned in the U.S..

.There is another one who refused to give me any respect this time I was kicked out of Hard Hats on 12/17/07 for not respecting her costomers and employees but they were not giving me respect. Her name is Julie so I want her sued for 10 million

If anyone should think of suing me the charges only get more severe and the amount of the lawsuit triples and the longer you make me wait past 90 days upon receiving this letter the amount of the lawsuit increases by a million each day

Ray Bennett
1/17/08